# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS - SPRINGFIELD DIVISION

| | |
|---|---|
| LATOSHA BOWLIN, NICOLE POTTHAST, AMANDA KATE HUMPHREYS,<br>　　　　Plaintiffs,<br>vs.<br><br>BOARD OF DIRECTORS OF JUDAH CHRISTIAN SCHOOL, BOARD OF EDUCATION OF STAUNTON CUSD #6, BOARD OF EDUCATION OF NORTH MAC CUSD #34,<br>　　　　Defendants. | Case No. 1:22-cv-1390-JES-JEH |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Defendant, Board of Education of Staunton CUSD #6 (hereinafter, "Staunton"), by and through its attorneys, Susan E. Nicholas, Dennis L. Weedman, and Nikoleta Lamprinakos of Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. move to request leave to withdraw the appearance of Attorney Dennis L. Weedman as counsel for Staunton. In support of its motion, Staunton states as follows:

1. Attorney Dennis L. Weedman currently has an appearance on file on behalf of Staunton.

2. At the time the appearance was filed, Attorney Dennis L. Weedman was employed by the law firm Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd.

3. As of May 12, 2023, Dennis L. Weedman will no longer be employed with Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd.

4. Susan E. Nicholas and Nikoleta Lamprinakos of the law firm Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. have filed their appearance in this case and will continue to represent Staunton.

5. No party will be prejudiced by the withdrawal of Attorney Dennis L. Weedman's appearance.

4892-5598-5506, v. 1

WHEREFORE, Defendant, Board of Education of Staunton CUSD #6, requests this Court grant leave to withdraw the appearance of Dennis L. Weedman on behalf of Staunton and terminate Attorney Dennis L. Weedman from notifications.

        Respectfully submitted,

        Board of Education of Staunton CUSD #6

        By: s/ Susan E. Nicholas_____
           One of its attorneys

Susan E. Nicholas
ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, LTD.
301 N. Neil Street, Suite 400
Champaign IL 61820
Telephone:  (217) 363-3040, Facsimile:  (217) 356-3548
snicholas@robbins-schwartz.com

Dennis L. Weedman
ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, LTD.
510 Regency Centre
Collinsville IL 62234
Telephone:  (618) 343-3540, Facsimile:  (618) 343-3546
dweedman@robbins-schwartz.com

Nikoleta Lamprinakos
ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, LTD.
55 W. Monroe St., Suite 800
Chicago, Illinois 60603-5144
Telephone: (312) 332-7760, Facsimile:  (312) 332-7768
nlamprinakos@robbins-schwartz.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which constitutes service upon all counsel of record.

        By:  /s/  Susan E. Nicholas
          An attorney for the Defendant
          Board of Education of Staunton CUSD #6

Susan E. Nicholas
ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, LTD.
301 N. Neil Street, Suite 400
Champaign IL 61820
Telephone:  (217) 363-3040, Facsimile:  (217) 356-3548
snicholas@robbins-schwartz.com

4892-5598-5506, v. 1