Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| LATOSHA BOWLIN, NICOLE POTTHAST, AMANDA KATE HUMPHREYS,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF DIRECTORS OF JUDAH CHRISTIAN SCHOOL, BOARD OF EDUCATION OF STAUNTON CUSD #6, BOARD OF EDUCATION OF NORTH MAC CUSD #34,<br><br>Defendants. | Case Number: 22-cv-1390 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' Title VII and Emergency Use Authorization Act claims are Dismissed with prejudice, and the Court relinquishes jurisdiction over and Dismisses without prejudice Plaintiffs' Illinois Healthcare Right of Conscience Act claims.

**Dated: September 28, 2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court